UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNIFER GILBERT,

                Plaintiff,

   -against-

BANKERS STANDARD INSURANCE CO.,

                Defendant.

25-CV-7278 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      I have reviewed the parties' Proposed Case Management Plan and Report of Rule 26(f) Conference. (*See* ECF 11.) The Initial Case Management Conference scheduled for **November 6, 2025 at 11:00 AM** will proceed as scheduled. Counsel for Plaintiff and counsel for Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 568 648 494 #.**

DATED:    November 4, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge